IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY DENTON | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv319 |
| WARDEN, USP BEAUMONT | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Ricky Denton, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge.  The Magistrate Judge recommends granting respondent's motion for summary judgment and denying the petition pursuant to Federal Rule of Civil Procedure 56.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 8] is ADOPTED as the opinion of the Court.  The motion for summary judgment filed by the respondent [Dkt. 5] is GRANTED.  A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 13th day of July, 2022.**

Michael J. Truncale
United States District Judge